P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5395-GPS(CWx): | Date | February 5, 2008 |
|---|---|---|---|
| Title | Royal Printex, Inc. v. Unicolors, Inc. | | |

| Present: The Honorable | **GEORGE P. SCHIAVELLI**, United States District Judge |
|---|---|

| Jake Yerke | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   CONTINUANCE OF SCHEDULING CONFERENCE; ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO FILE JOINT REPORT (IN CHAMBERS)

     The Court has not received the Rule 26 Joint Report in connection with the Scheduling Conference presently set February 11, 2008 at 11:00 a.m. Accordingly, the Scheduling Conference in the above entitled matter is hereby continued to **April 28, 2008 at 11:00 a.m.**

The Court hereby issues to counsel for all parties an Order to Show Cause Re Sanctions for Failure to File the Joint Report. A response may be filed not later than February 15, 2008.

IT IS SO ORDERED.

                                                                               :

Initials of Preparer       JY