UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROYAL PRINTEX, INC., | ) | No. CV 07-05395-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNICOLORS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Judgment in this matter is rendered in favor of Plaintiff Royal Printex, Inc., and Counterdefendants Rainbow Apparel and Comma Design, Inc., in accordance with the Court's Findings of Fact and Conclusions of Law.

DATED: July 8, 2009         /s/
                            VICTOR B. KENTON
                            UNITED STATES MAGISTRATE JUDGE