UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROYAL PRINTEX, INC., | ) | No. CV 07-05395-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNICOLORS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Judgment in this matter is rendered in favor of Plaintiff Royal Printex, Inc., and Counterdefendants Rainbow Apparel and Comma Design, Inc., in accordance with the Court's Amended Findings of Fact and Conclusions of Law.

DATED: August 25, 2009          /s/
                              VICTOR B. KENTON
                              UNITED STATES MAGISTRATE JUDGE